IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GWEN BRAZELLE**,<br><br>*Plaintiff*,<br><br>v.<br><br>**CITY OF PHILADELPHIA, by and through its OFFICE OF HOMELESS SERVICES**,<br><br>*Defendant.* | Case No. 2:25-cv-04853-JDW |

## ORDER

**AND NOW**, this 19th day of November, 2025, upon review of the docket in the above-captioned matter, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.